# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| MELINDA MYERS, BARBARA STANERSON, and JOHN EIVINS, on Behalf of Themselves and Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>IOWA BOARD OF REGENTS,<br><br>Defendant. | CASE NO.: __19-81__<br><br>Removed from the Iowa District Court in and for Johnson County, No. LACV081138<br><br><br>**NOTICE OF REMOVAL** |

COMES NOW, Defendant Iowa Board of Regents ("BOR") pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 and Federal Rule of Civil Procedure 81, and gives Notice of Removal of Case No. LACV081138 from the Iowa District Court for Johnson County to this Court. In support of this action, BOR states the following:

1. On August 19, 2019, plaintiffs filed an action entitled *Melinda Myers, Barbara Stanerson, and John Eivins, on Behalf of Themselves and Others Similarly Situated*, Case No. LACV081138, in the Iowa District Court in and for Johnson County. Plaintiffs' cause of action was limited to a single state law claim pursuant to Iowa Code § 91A.

2. On October 7, 2019, plaintiffs filed a Motion to Amend Class Action Petition seeking leave of court to pursue additional claims, including a claim made pursuant to the Fair Labor Standards Act, 29 U.S.C. § 207.

3. On October 21, 2019, the Court granted plaintiffs' Motion to Amend allowing plaintiffs leave to file the Amended Class Action Petition. The Court ordered the proposed amendment would stand without necessity of further filing. As such, plaintiffs' Amended Class Action Petition asserting

claim pursuant to the Fair Labor Standards Act, 29 U.S.C. § 207, was deemed filed as of October 21, 2019. The state court in which the lawsuit was commenced is within this Court's district and division.

4. Counsel for plaintiffs are:

Nathan Willems
Rush & Nicholson, P.L.C.
115 First Avenue SE, Ste. 201
P.O. Box 637
Cedar Rapids, IA 52406-0637
nate@rushnicholson.com

Harold Lichten
Benjamin J. Weber
Lichten @ Liss-Riordan, P.C.
729 Boylston St., Ste. 2000
Boston, MA 02116
hlichten@llrlaw.com
bjweber@llrlaw.com

5. Plaintiffs filed their Motion for Leave to file their Amended Class Action Petition, which for the first time presented a federal question based upon the Fair Labor Standards Act, 29 U.S.C. § 207, on October 7, 2019. It was on October 21, 2019 that the Court granted plaintiffs' Motion for Leave to file the Amended Class Action Petition and ordered the amendment to stand without further filing. These events occurred within 30 days of this Notice of Removal.

6. The parties have conducted no discovery.

7. The case is within this Court's jurisdiction under 28 U.S.C. § 1331 because plaintiffs' Amended Class Action Petition presents a federal question—i.e., arising under the laws of the United States. Specifically, Count III of plaintiffs' Amended Class Action Petition alleges a violation of the Fair Labor Standards Act, 29 U.S.C. § 207.

8. Plaintiffs' additional state law claims fall within the Court's supplemental jurisdiction under 28 U.S.C. §1367 because the claims are part of the same case or controversy as the federal claim. 28 U.S.C. § 1367(a).

9. This case is properly removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446. Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed within 30 days of filing of the Amended Class Action Petition.

10. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed promptly with the state court and served upon opposing counsel.

11. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81(a), copies of all process, pleadings, and orders filed in the state case are attached to the Local Rule 81(a) List on Removal, which is filed contemporaneously herewith.

WHEREFORE, Defendant Iowa Board of Regents notifies this Court, the state court, and the parties of the removal of this lawsuit to the United States District Court for the Southern District of Iowa, Eastern Division.

Respectfully submitted this 25th day of October, 2019

*/s/ Andrew T. Tice*
Andrew Tice  (AT0007968)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa  50309
Telephone:  (515) 243-7611
Facsimile:  (515) 243-2149
atice@ahlerslaw.com
ATTORNEYS FOR DEFENDANT
IOWA BOARD OF REGENTS

**Electronically filed and served:**

Nathan Willems
Rush & Nicholson, P.L.C.
115 First Avenue SE, Ste. 201
P.O. Box 637
Cedar Rapids, IA 52406-0637
nate@rushnicholson.com

Harold Lichten
Benjamin J. Weber
Lichten @ Liss-Riordan, P.C.
729 Boylston St., Ste. 2000
Boston, MA 02116
hlichten@llrlaw.com
bjweber@llrlaw.com

ATTORNEYS FOR PLAINTIFF

01644509-1\14722-494

| CERTIFICATE OF SERVICE |
|---|
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on: October 25, 2019 |
| By: ☐ U.S. Mail      ☐ Fax |
|     ☐ Hand delivery  ☐ Private Carrier |
|     ☒ Electronically (*via CM/ECF*)  ☐ E-mail |
| Signature: */s/ Pam Norelius* |