UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| MELINDA MYERS, BARBARA STANERSON, and JOHN EIVINS, on Behalf of Themselves and Others Similarly Situated, | ) ) ) ) | CASE NO. 3:19-cv-00081 |
| | ) | JOINT MOTION FOR COURT-SPONSORED RULE 26(f) PLANNING CONFERENCE AND TO DEFER FILING OF A SCHEDULING ORDER AND DISCOVERY PLAN |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| IOWA BOARD OF REGENTS, | ) ) | |
| Defendant. | ) | |

Pursuant to Federal Rules of Civil Procedure 16 and 26, the parties jointly request the Court conduct a scheduling and planning conference to craft a scheduling order and discovery plan.  In support of this motion, the parties state as follows:

1.     This litigation involves claims for both collective action under 29 U.S.C. § 216(b) and class action under Rule 23.

2.     The parties have conferred and believe the format and deadlines of the Court's required scheduling order and discovery plan form and worksheet may not be best suited for this complex litigation.

3.     The parties are hopeful that with the assistance of the Court in a scheduling and planning conference a scheduling order and discovery plan suitable to these proceedings, mutually agreeable to the parties, and acceptable to the Court can be fashioned.

For all of the above and foregoing reasons, the parties respectfully ask the Court to order a telephonic Rule 26(f) scheduling and planning conference and further direct the parties submit to the Court unique proposed scheduling order and discovery plans

without the use of court-required forms three days prior to the Court-sponsored

conference.


*/s/ Nathan Willems*
Nathan Willems
115 First Avenue SE, Ste. 201
P.O. Box 637
Cedar Rapids, IA 52406-0637
Telephone:  (319) 363-5209
Facsimile:  (319) 363-6664
nate@rushnicholson.com

Harold Lichten
Benjamin J. Weber
729 Boylston St., Ste. 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801
hlichten@llrlaw.com
bjweber@llrlaw.com
ATTORNEYS FOR PLAINTIFFS

 */s/ Andrew T. Tice*
Andrew T. Tice (AT0007968)
100 Court Avenue, Suite 600
Des Moines, Iowa 50309
Telephone: (515) 243-7611
Facsimile: (515) 243-2149
atice@ahlerslaw.com
ATTORNEYS FOR DEFENDANT
IOWA BOARD OF REGENTS