**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| MELINDA MYERS, BARBARA STANERSON, JOHN EIVINS, LIV KELLY-SELLNAU, CHRISTOPHER TAYLOR, and SHUNA TOSA on Behalf of Themselves and Others, Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> IOWA BOARD OF REGENTS, <br><br> Defendant. | CASE NO.:  3:19-cv-00081-SMR-SBJ <br><br><br> **PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN** |

Counsels have conferred and submit the following case information and proposed dates

for case management:

1.  Did the parties enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures?  _X__ Yes _____ No.  If you answer "no" state whether any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures: _____ Yes _____ No. **If any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 10 days after this order and plan has been filed, serve and file a document in which the objections are set forth with particularity.** If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made:  ___n/a_____ .

2.  **Deadline for Plaintiffs' 216(b) Conditional Certification Motion:  1/8/20**

3.  **Deadline for motions to add parties**:  **2/3/20**

4.  **Deadline for motions to amend pleadings**: **5/4/20**

5.  **Deadline for Plaintiffs' Rule 23 Class Certification Motion**:

    **Plaintiffs' Proposal:**  120 days after the Court rules on a 216(b) conditional certification motion.

**Defendant's Proposal:** 150 days after the Court rules on a 216(b) conditional certification motion.

6. **Deadline for Defendant's 216(b) De-Certification Motion**:

**Plaintiffs' Proposal:** 120 days after the Court rules on a 216(b) conditional certification motion.

**Defendant's Proposal:** 150 days after the Court rules on a 216(b) conditional certification motion.

7. **Dispositive motions deadline**: 90 days after the Court rules on Rule 23 Class Certification.

8. **Expert witnesses disclosed by**:

**Plaintiffs' Proposal:**
   a) Plaintiff:           30 days after Dispositive Motions Ruling.
   b) Defendant:           75 days after Dispositive Motions Ruling.
   c) Plaintiff Rebuttal: 120 days after Dispositive Motions Ruling.

**Defendant's Proposal:**
   a) Plaintiff:           60 days after Dispositive Motions Ruling.
   b) Defendant:           120 days after Dispositive Motions Ruling.
   c) Plaintiff Rebuttal:  150 days after Dispositive Motions Ruling.

*9.* **Deadline for *completion* of discovery**:

**Plaintiffs' Proposal:**       90 days after Dispositive Motion Ruling.
**Defendant's Proposal:**      210 days after Dispositive Motion Ruling.

10. **Trial Ready Date**:  90 days after Closure of Discovery.

11. Has a jury demand been filed?        _____ Yes     __X____ No

12. Estimated length of trial?         __**8**_ Days

13. Settlement conference (choose one of the following:

   a.        _____  A court-sponsored settlement conference should be set by the Court as this time for a date after:  _____ or

   b.        _____X_____ A court-sponsored settlement conference is not necessary at this time.

14.    Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3)?    _____ Yes   __X__ No.

By: _/s/ Nathan Willems _____                By: _/s/ Andrew T. Tice_____
Nathan Willems                                        Andrew Tice  (AT0007968)
Rush & Nicholson, P.L.C.                              AHLERS & COONEY, P.C.
115 First Avenue SE, Ste. 201                         100 Court Avenue, Suite 600
P.O. Box 637                                          Des Moines, Iowa  50309
Cedar Rapids, IA 52406-0637                           Telephone:  (515) 243-7611
nate@rushnicholson.com                                Facsimile:  (515) 243-2149
                                                      atice@ahlerslaw.com
Harold Lichten                                        ATTORNEYS FOR DEFENDANT
Benjamin J. Weber                                     IOWA BOARD OF REGENTS
Lichten @ Liss-Riordan, P.C.
729 Boylston St., Ste. 2000
Boston, MA 02116
hlichten@llrlaw.com
bjweber@llrlaw.com
ATTORNEYS FOR PLAINTIFFS

## JUDGE'S REVISIONS

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

**IT IS ORDERED** that the proposed Scheduling Order and Discovery Plan _____ **is** _____ **is not** approved and adopted by this court.

**IT IS FURTHER ORDERED** that a scheduling and planning conference:

_____ will not be scheduled at this time.

_____ will be held in the chambers of Judge _____ at the U.S. Courthouse in _____, Iowa, on the ___ day of _____, at _____ o'clock, ___.m.

_____ will be held by telephone conference, initiated by the court, on the _____ day of _____, at _____ o'clock, ____.m.

**Dated** this _____ day of _____.

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case is referred to a U.S. Magistrate Judge for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. §636(c) and the consent of the parties.
**Dated** this _____ day of _____.

_____
UNITED STATES DISTRICT JUDGE

01644509-1\14722-494