**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| MELINDA MYERS, BARBARA STANERSON, JOHN EIVINS, LIV KELLY-SELLNAU, CHRISTOPHER TAYLOR, and SHUNA TOSA on behalf of themselves and others similarly situated, | ) ) ) ) ) ) | No.  3:19-cv-00081-SMR-SBJ |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CLASS ACTION PETITION |
| IOWA BOARD OF REGENTS, | ) ) | |
| Defendant. | ) | |

## DECLARATION OF BENJAMIN J. WEBER

I, Benjamin J. Weber, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am Of Counsel at the law firm of Lichten & Liss-Riordan, P.C. and admitted pro hac vice to represent Plaintiffs in this lawsuit.

2.      Attached as Exhibit 1 is a true and correct copy of an excerpt of the University of Iowa Operations Manual Section 17.2.

3.      Attached as Exhibit 2 is a true and correct copy of excerpts of the 2019 Collective Bargaining Agreement between the SEIU and the Board of Regents.

4.      Attached as Exhibit 3 is a true and correct copy of excerpts of the 2017 Collective Bargaining Agreement between the SEIU and the Board of Regents.

5.      Attached as Exhibit 4 is a true and correct copy of the 2009 Collective Bargaining Agreement between AFSCME and the State of Iowa.

6.      Attached as Exhibit 5 is a true and correct copy of excerpts of the UIHC Employee Manual For Staff Nurses & Allied Health Professionals.

7.      Attached as Exhibit 6 is a true and correct copy of a page from the Board's Human Resources website regarding Fair Labor Standards Act Regulations.

8.      Attached as Exhibit 7 is a true and correct copy of a page from the Board's Human Resources website regarding Labor/Union Relations.


/s/Benjamin J. Weber
Benjamin J. Weber

Dated:  February 26, 2020.

# EXHIBIT 1

THE UNIVERSITY OF IOWA

Search this site    [Search]

Home > III. Human Resources > Ch.17 - Compensation

### 17.2 Hours, Overtime, Call Back, and Standby (On Call) Status
(Amended 3/02, 10/04, 4/08, 10/16, 5/17, 7/1/17, 11/17)

The following policies apply to staff members who are eligible for overtime under the Fair Labor Standards Act (FLSA). This includes all merit staff, as well as non-exempt professional and scientific staff. Faculty and exempt professional and scientific staff members are excluded, as are staff nurses and allied health professionals whose terms of employment are established in the *UI Health Care Employee Manual* (available through The Point or a local Human Resource Representative).

a. Hours. The basic work schedule for FLSA-covered staff members is a 40-hour workweek. For the majority of staff members, this involves work from 8:00 a.m. to 12:00 noon and 1:00 to 5:00 p.m. Monday through Friday. However, because of the demands of the University's varied operations, many staff members work other time schedules as set by their departments. FLSA-covered staff are paid for the hours they work. Exceptions for extra hours or undertime must be recorded on the employee payroll record to be paid accordingly. If the total hours worked in a workweek exceed 40, the individual will be eligible for overtime. Consistent with FLSA, holiday or special event hours paid at a premium rate will be converted to overtime hours and paid at the appropriate FLSA overtime rate. There shall be no duplication or pyramiding of any premium pay in a week for the same hours worked.

b. Overtime.

(1) Merit staff members who are eligible will receive overtime compensation for hours in excess of 40 in a workweek. The basic workweek is defined as 168 consecutive hours running from the first shift beginning on or after 12:00 a.m. Sunday through the first shift beginning before 12:00 midnight the following Saturday. Only hours worked are used for the calculation of overtime.  Adjustments for overtime and undertime are made on the basis of Monthly Leave and Pay Adjustment Records or electronic data files submitted by the departments. The Monthly Leave and Pay Adjustment Record must include the staff member and supervisor signature as approval of the submitted hours. If signatures are not provided on the time records submitted to University Payroll, documentation containing the appropriate signatures must be maintained by the employing department.

Compensation for overtime hours, as defined above, can be in the form of cash (at 1 1/2 times the staff member's base rate of pay) or compensatory time off sometime before the close of the current fiscal year in which it was earned. Such compensatory time is earned at the rate of 1 1/2 times the actual overtime hours. Compensatory hours can be accumulated and carried over each month up to a maximum of 160 hours. Any hours over 160 will be paid out to the staff member on the next monthly payroll. Accumulated and unused compensatory time at the end of the fiscal year must be paid in cash and cannot be carried over into a new fiscal year.

The appropriate departmental authority is charged with the final responsibility for deciding the method of compensating the staff member. The staff member's wishes regarding his or her preference for taking time off will be considered in light of departmental scheduling and staffing needs. The final decision on when time is to be taken rests with the appropriate departmental authority.

(2) Professional and scientific staff members who are non-exempt from FLSA and eligible will receive overtime compensation for hours worked in excess of 40 in any workweek. The basic workweek is defined as 168 consecutive hours running from the first shift beginning on or after 12:00 a.m. Sunday through the first shift beginning before 12:00 midnight the following Saturday. Only hours worked are used for the calculation of overtime. Adjustments for overtime and undertime are made on the basis of Monthly Leave and Pay Adjustment Records or electronic data files submitted by the departments. The Monthly Leave and Pay Adjustment Record must include the staff member and supervisor signature as approval of the submitted hours. If signatures are not provided on the time record submitted to University Payroll, documentation containing the appropriate signatures must be maintained by the employing department.

Compensation for overtime hours, as defined above, can be in the form of cash (at 1 1/2 times the staff member's base rate of pay) or compensatory time off sometime before the close of the current fiscal year in which it was earned. Such compensatory time is earned at the rate of 1 1/2 times the actual overtime hours. Compensatory hours can be accumulated and carried over each month up to a maximum of 160 hours. Any hours over 160 will be paid out to the staff member on the next monthly payroll. Accumulated and unused compensatory time at the end of the fiscal year must be paid in cash and cannot be carried over into a new fiscal year.

The appropriate departmental authority is charged with the final responsibility for deciding the method of compensating the staff member. The staff member's wishes regarding his or her preference for cash or taking time off will be considered in light of departmental budgetary, scheduling, and staffing needs. The appropriate departmental authority will schedule or designate the use of accrued compensatory time.

c. Call Back. A full-time merit staff member who is called back to work after regularly scheduled hours receives a minimum of three hours pay for such work. This provision does not apply in cases where the additional work time is immediately preceding or immediately following regularly scheduled work.

Full-time merit system staff members of one University department may not be hired by other University departments except on a temporary basis to render special services in cases of emergency, and only with approval of the Office of the Chief Human Resources Officer. In such cases, the following will be applicable:

(1) The base hourly rate for overtime pay is the merit staff member's 12-month budget salary divided by 2080. Any hours worked in excess of 40 in one week is subject to the premium pay provisions of this policy.

(2) A Special Compensation Form is to be completed and approved by the executive officer of the department for which the extra work is performed.

d. Standby (On Call). Merit staff members eligible for standby (on call) compensation under this policy shall be those Merit System staff members who are scheduled for standby duty by their department head (or designee) and, as a consequence, are required to restrict their whereabouts and activities in order to be available for immediate consultation or return to work.

(1) "Required to restrict their whereabouts" means being within immediate radio pager or telephone contact, and, if requested, returning to the department and ready to work within thirty minutes.

(2) Merit staff members scheduled in a standby status and who fail to respond to initial radio pager/telephone contact, or violate the thirty-minute return-to-work limitation, will be subject to prevailing discipline policy.

(3) If a merit staff member scheduled to be on standby wishes to remove himself/herself from such standby status due to illness or other extenuating circumstances, the staff member shall first notify and obtain the expressed approval of his or her supervisor.

(4) Standby pay commences with the beginning of the scheduled standby period and terminates with the staff member's completion of the scheduled standby period. Merit staff members while in standby status are paid at the hourly rate of ten percent of their base hourly rate of pay. Standby merit staff members who are required to return to the department by their supervisor will be paid their regular rate of pay for time actually worked, or three hours, whichever is greater. Overtime compensation and shift differential shall be paid, where applicable.

(5) Time spent in standby status and travel time to and from work shall not be considered as time worked for purpose of computing overtime.

The following procedures are the responsibility of the department head or designee:

(a) Departmental standby compliance procedures and scheduling system shall be documented and subject to joint review and approval of the appropriate administrative staff member and the Office of the Chief Human Resources Officer to ascertain compliance with this standby policy.

(b) Prospective and new merit staff members will be notified of the potential requirement to accept standby at the time of employment.

(c) Standby status is initiated only with formal approval of the department head or designee.

(d) The merit staff member will be notified of standby status through regular work schedule notification.

(e) The department will maintain a record of each merit staff member's standby status as it occurs and record each incidence of actual return and departure from assigned place of work. Such record shall be validated with signatures of standby employee and supervisor.

(f) Total standby hours and actual standby pay to be received during each pay period will be calculated and recorded on appropriate Monthly Leave and Pay Adjustment Records.

(g) Appropriate <u>Monthly Leave and Pay Adjustment Records</u> or electronic data files will be forwarded to Payroll on the respective payroll cutoff dates. A copy will be retained for departmental files. The Monthly Leave and Pay Adjustment Record must include the staff member and supervisor signature as approval of hours submitted. If signatures are not provided on the time record submitted to University Payroll, documentation containing the appropriate signatures must be maintained by the employing department.

(h) Departments are responsible for reconciling/reviewing all time records by department. This includes reviewing and keeping a record for those employees who report no usage for any reporting period.

# EXHIBIT 2

# A COLLECTIVE BARGAINING AGREEMENT
## BETWEEN
## BOARD OF REGENTS, STATE OF IOWA
### AND
## SERVICE EMPLOYEES INTERNATIONAL UNION
## LOCAL 199



*Providing terms and conditions of employment for professional employees in the tertiary health care bargaining unit at The University of Iowa*

*July 1, 2019 through June 30, 2021*

# ARTICLE I.        WAGES

**Section 1.        Pay Plans**

Minimum pay ranges for classifications identified in Appendix A are provided in Appendix B for 2019-2020 and in Appendix C for 2020-2021.

**Section 2.        2019-2020 Minimum Salaries**

Minimum salaries for each classification in the bargaining unit will not increase.

**Section 3.        2020-2021 Minimum Salaries**

Minimum salaries for each classification in the bargaining unit will not increase.

**Section 4.        2019-2020 Salaries (Returning Employees)**

Effective with the 2019-2020 appointment year (July 1, 2019), each returning bargaining unit employee who was employed on April 30, 2019, as a bargaining unit employee shall receive, in addition to existing base salary, a two and one tenths percent (2.1%) increase to be added to the employee's base salary for the appointment year 2019-2020.

**Section 5.        2020-2021 Salaries (Returning Employees)**

Effective with the 2020-2021 appointment year (July 1, 2020), each returning bargaining unit employee who was employed on April 30, 2020, as a bargaining unit employee shall receive, in addition to existing base salary, a two and one tenths percent (2.1%) increase to be added to the employee's base salary for the appointment year 2020-2021.

**Section 6.        Part-time Employees**

Part-time employees, who are members of the bargaining unit, shall receive proportionate increases for each contract year as provided in Section 4 and Section 5 for full-time employees.

# ARTICLE II.        DURATION

**Section 1.        Term**

This agreement shall remain in full force and effect for a period of two (2) years from July 1, 2019, through June 30, 2021.

**Section 2.        Signature**

In witness whereof the parties hereto have caused the Agreement to be signed by their respective representatives and their signatures placed thereon.

BOARD OF REGENTS, State of Iowa

SERVICE EMPLOYEES INTERNATIONAL
UNION, LOCAL 199

_____
Mark J. Braun, Executive Director

/s/ Cathy Glasson
_____
Cathy Glasson, President

_____
Date   4/25/19

_____
Dan Dietzel

_____
Brittany Mannix

_____
Gillian McVicar

_____
Melinda Myers

_____
Coen Olson

_____
Barb Stanerson

5/8/19
_____
Date

BOARD OF REGENTS, State of Iowa

SERVICE EMPLOYEES INTERNATIONAL
UNION, LOCAL 199

_____
Mark J. Braun, Executive Director

_____
Date  4/25/19

_____
Cathy Glasson, President

_____
Dan Dietzel

_____
Brittany Mannix

_____
Gillian McVicar

_____
Melinda Myers

_____
Coen Olson

_____
Barb Stanerson

_____
Date

3

BOARD OF REGENTS, State of Iowa

SERVICE EMPLOYEES INTERNATIONAL
UNION, LOCAL 199

Mark J. Braun, Executive Director

Cathy Glasson, President

4/25/19

Date

Dan Dietzel

Brittany Mannix

Gillian McVicar

Melinda Myers

Coen Olson

Barb Stanerson

Date

BOARD OF REGENTS, State of Iowa

SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 199

_____
Mark J. Braun, Executive Director

_____
Cathy Glasson, President

4/25/19
_____
Date

_____
Dan Dietzel

_____
Brittany Mannix

_____
Gillian McVicar

_____
Melinda Myers

_____
Coen Olson

_____
Barb Stanerson

_____
Date

3

BOARD OF REGENTS, State of Iowa

Mark J. Braun, Executive Director

Date  4/25/19

SERVICE EMPLOYEES INTERNATIONAL
UNION, LOCAL 199

Cathy Glasson, President

Dan Dietzel

Brittany Mannix

Gillian McVicar

Melinda Myers

Coen Olson

Barb Stanerson

Date

3

BOARD OF REGENTS, State of Iowa

Mark J. Braun, Executive Director

Date  4/25/19

SERVICE EMPLOYEES INTERNATIONAL
UNION, LOCAL 199

Cathy Glasson, President

Dan Dietzel

Brittany Mannix

Gillian McVicar

Melinda Myers

Coen Olson

Barb Stanerson

Date

BOARD OF REGENTS, State of Iowa

SERVICE EMPLOYEES INTERNATIONAL
UNION, LOCAL 199

_____
Mark J. Braun, Executive Director

_____
Cathy Glasson, President

4/25/19
_____
Date

_____
Dan Dietzel

_____
Brittany Mannix

_____
Gillian McVicar

_____
Melinda Myers

_____
Coen Olson

_____
Barb Stanerson

_____
Date

3

## Appendix A

### Classifications Included within the Tertiary Health Care Bargaining Unit

*Denotes non-exempt under Fair Labor Standard Act

| Title | Class Code |
|---|---|
| Activity Therapist* | PD40 |
| Advanced Electroneurodiagnostic/Intraoperative Monitoring  Technologist Specialist | PD50 |
| Advanced Registered Nurse Practitioner (Patient Care) | PT35 |
| Andrology Technologist | PT45 |
| Audiologist I | PD69 |
| Audiologist II | PD68 |
| Cardiac Rehabilitation Specialist I | PD74 |
| Cardiac Rehabilitation Specialist II | PD76 |
| Cardiovascular Perfusionist | PK83 |
| Clinical Laboratory Technologist I | PK19 |
| Clinical Pharmacist (Patient Care) | PK45 |
| Clinical Psychologist | PD04 |
| Clinical Service Specialist | PD13 |
| Clinical Specialist - Rehabilitation Therapies | PD38 |
| Counselor - Substance Abuse* | PD41 |
| Critical Care/Neonatal ARNP | PT48 |
| Cytogenetics Laboratory Specialist I | PT39 |
| Cytogenetics Laboratory Specialist II | PT40 |
| Cytotechnologist | PK51 |
| Dental Hygienist | PD45 |
| Dietitian I | PD60 |
| Dietitian II | PD59 |
| Dosimetrist I | PD72 |

4

| | |
|---|---|
| Dosimetrist II | PK21 |
| Echographic Diagnostic Assistant | PD42 |
| Education Consultant | PS22 |
| Educator | PD47 |
| Electroneurodiagnostic Technologist* | PT47 |
| Embryologist | PT20 |
| Hospital Mortician* | PK36 |
| Imaging Technologist* | PT44 |
| Medical Laboratory Scientist | PT28 |
| Medical Laboratory Technician | PT27 |
| Neonatal Nurse Practitioner | PD70 |
| Nuclear Medicine Technologist* | PK20 |
| Nuclear Medicine Technologist (PET)* | PT01 |
| Nurse Clinician | PD14 |
| Occupational Therapist | PD31 |
| Ophthalmic Photographer I | PT37 |
| Ophthalmic Photographer II | PT38 |
| Ophthalmic Professional I | PK81 |
| Ophthalmic Professional II | PK80 |
| Optician I | PD19 |
| Optician II | PD11 |
| Optometrist I | PK98 |
| Optometrist II | PK53 |
| Physical Therapist | PD35 |
| Physician's Assistant | PD03 |
| Polysomnographic Technologist* | PT51 |
| Psychometrist | PD44 |
| Radiation Therapist* | PT26 |

| Rehabilitation Assistant | PD88 |
| Respiratory Therapist* | PK71 |
| Senior Activity Therapist | PD75 |
| Senior Imaging Technologist* | PT16 |
| Senior Nuclear Medicine Technologist* | PT05 |
| Senior Nuclear Medicine Technologist (PET)* | PT08 |
| Senior Occupational Therapist | PD30 |
| Senior Physical Therapist | PD34 |
| Senior Psychometrist | PD43 |
| Senior Radiation Therapist* | PT04 |
| Senior Respiratory Therapist | PK70 |
| Social Work Specialist I | PD25 |
| Social Work Specialist II (Patient Care) | PD39 |
| Social Worker I | PD28 |
| Social Worker II | PD27 |
| Social Worker III | PD26 |
| Sonographer* | PK77 |
| Speech Pathologist I | PD66 |
| Speech Pathologist II | PD65 |
| Staff Nurse | PD20 |
| Utilization Review Assistant | PK61 |

## Appendix B
## 2019-2020 Pay Scales

| Classification Title | Minimum |
|---|---|
| Activity Therapist | $39,182 |
| Advanced Electroneurodiagnostic/Intraoperative monitoring Technologist Specialist | $50,682 |
| Advanced Registered Nurse Practitioner | $80,196 |
| Andrology Technologist | $53,446 |
| Audiologist I | $53,478 |
| Audiologist II | $56,517 |
| Cardiac Rehabilitation Specialist I | $39,038 |
| Cardiac Rehabilitation Specialist II | $48,786 |
| Cardiovascular Perfusionist | $91,809 |
| Clinical Laboratory Technologist I | $44,857 |
| Clinical Pharmacist (Patient Care) | $101,678 |
| Clinical Psychologist | $59,597 |
| Clinical Service Specialist | $66,868 |
| Clinical Specialist, Rehabilitation Therapies | $62,548 |
| Counselor – Substance Abuse | $39,803 |
| Critical Care/Neonatal ARNP | $86,780 |
| Cytogenetics Lab Specialist I | $44,283 |
| Cytogenetics Lab Specialist II | $47,913 |
| Cytotechnologist | $55,909 |
| Dental Hygienist | $53,601 |
| Dietitian I | $42,541 |
| Dietitian II | $43,922 |
| Dosimetrist I | $72,178 |
| Dosimetrist II | $96,234 |
| Echographic Diagnostic Assistant | $52,416 |

| | |
|---|---|
| Education Consultant | $56,021 |
| Educator | $45,644 |
| Electroneurodiagnostic Technologist | $40,526 |
| Embryologist | $57,689 |
| Hospital Mortician | $38,253 |
| Imaging Technologist | $41,567 |
| Medical Laboratory Scientist | $45,826 |
| Medical Laboratory Technician | $42,390 |
| Neonatal Nurse Practitioner | $86,780 |
| Nuclear Medicine Technologist | $61,790 |
| Nuclear Medicne Technologist (PET) | $64,219 |
| Nurse Clinical Specialist | $56,021 |
| Occupational Therapist | $59,803 |
| Ophthalmic Photographer I | $36,026 |
| Ophthalmic Photographer II | $48,534 |
| Ophthalmic Professional I | $48,534 |
| Ophthalmic Professional II | $56,693 |
| Optician I | $36,026 |
| Optician II | $48,534 |
| Optometrist I | $71,811 |
| Optometrist II | $90,947 |
| Physical Therapist | $66,447 |
| Physician Assistant | $80,196 |
| Polysomnographic Technologist | $44,484 |
| Psychometrist | $37,904 |
| Radiation Therapist | $59,367 |
| Rehabilitation Assistant | $36,711 |
| Respiratory Therapist | $44,484 |

8

| | |
|---|---|
| Senior Activity Therapist | $42,847 |
| Senior Imaging Technologist | $46,101 |
| Senior Nuclear Medicine Technologist | $64,362 |
| Senior Nuclear Medicine Technologist (PET) | $66,791 |
| Senior Occupational Therapist | $62,323 |
| Senior Physical Therapist | $68,739 |
| Senior Psychometrist | $46,587 |
| Senior Radiation Therapist | $63,154 |
| Senior Respiratory Therapist | $52,991 |
| Social Work Specialist I | $46,587 |
| Social Work Specialist II (Patient Care) | $50,404 |
| Social Worker I | $36,797 |
| Social Worker II | $39,818 |
| Social Worker III | $43,072 |
| Sonographer | $56,336 |
| Speech Pathologist I | $52,445 |
| Speech Pathologist II | $55,426 |
| Staff Nurse | $52,701 |
| Utilization Review Assistant | $45,644 |

**Appendix C**
**2020-2021 Pay Scales**

| Classification Title | Minimum |
| --- | --- |
| Activity Therapist | $39,182 |
| Advanced Electroneurodiagnostic/Intraoperative monitoring  Technologist Specialist | $50,682 |
| Advanced Registered Nurse Practitioner | $80,196 |
| Andrology Technologist | $53,446 |
| Audiologist I | $53,478 |
| Audiologist II | $56,517 |
| Cardiac Rehabilitation Specialist I | $39,038 |
| Cardiac Rehabilitation Specialist II | $48,786 |
| Cardiovascular Perfusionist | $91,809 |
| Clinical Laboratory Technologist I | $44,857 |
| Clinical Pharmacist (Patient Care) | $101,678 |
| Clinical Psychologist | $59,597 |
| Clinical Service Specialist | $66,868 |
| Clinical Specialist, Rehabilitation Therapies | $62,548 |
| Counselor – Substance Abuse | $39,803 |
| Critical Care/Neonatal ARNP | $86,780 |
| Cytogenetics Lab Specialist I | $44,283 |
| Cytogenetics Lab Specialist II | $47,913 |
| Cytotechnologist | $55,909 |
| Dental Hygienist | $53,601 |
| Dietitian I | $42,541 |
| Dietitian II | $43,922 |
| Dosimetrist I | $72,178 |
| Dosimetrist II | $96,234 |

| | |
|---|---|
| Echographic Diagnostic Assistant | $52,416 |
| Education Consultant | $56,021 |
| Educator | $45,644 |
| Electroneurodiagnostic Technologist | $40,526 |
| Embryologist | $57,689 |
| Hospital Mortician | $38,253 |
| Imaging Technologist | $41,567 |
| Medical Laboratory Scientist | $45,826 |
| Medical Laboratory Technician | $42,390 |
| Neonatal Nurse Practitioner | $86,780 |
| Nuclear Medicine Technologist | $61,790 |
| Nuclear Medicine Technologist (PET) | $64,219 |
| Nurse Clinical Specialist | $56,021 |
| Occupational Therapist | $59,803 |
| Ophthalmic Photographer I | $36,026 |
| Ophthalmic Photographer II | $48,534 |
| Ophthalmic Professional I | $48,534 |
| Ophthalmic Professional II | $56,693 |
| Optician I | $36,026 |
| Optician II | $48,534 |
| Optometrist I | $71,811 |
| Optometrist II | $90,947 |
| Physical Therapist | $66,447 |
| Physician Assistant | $80,196 |
| Polysomnographic Technologist | $44,484 |
| Psychometrist | $37,904 |
| Radiation Therapist | $59,367 |
| Rehabilitation Assistant | $36,711 |

| | |
|---|---|
| Respiratory Therapist | $44,484 |
| Senior Activity Therapist | $42,847 |
| Senior Imaging Technologist | $46,101 |
| Senior Nuclear Medicine Technologist | $64,362 |
| Senior Nuclear Medicine Technologist (PET) | $66,791 |
| Senior Occupational Therapist | $62,323 |
| Senior Physical Therapist | $68,739 |
| Senior Psychometrist | $46,587 |
| Senior Radiation Therapist | $63,154 |
| Senior Respiratory Therapist | $52,991 |
| Social Work Specialist I | $46,587 |
| Social Work Specialist II (Patient Care) | $50,404 |
| Social Worker I | $36,797 |
| Social Worker II | $39,818 |
| Social Worker III | $43,072 |
| Sonographer | $56,336 |
| Speech Pathologist I | $52,445 |
| Speech Pathologist II | $55,426 |
| Staff Nurse | $52,701 |
| Utilization Review Assistant | $45,644 |

# EXHIBIT 3

# A COLLECTIVE BARGAINING AGREEMENT
# BETWEEN
# BOARD OF REGENTS, STATE OF IOWA
# AND
# SERVICE EMPLOYEES INTERNATIONAL UNION
# LOCAL 199



Providing terms and conditions of employment for
professional employees in the tertiary health care
bargaining unit at The University of Iowa

July 1, 2015 through June 30, 2017

Table of Contents

ARTICLE I. PARTIES AND PURPOSE ................................................................... 1
ARTICLE II. UNION RECOGNITION ................................................................... 1
ARTICLE III. PUBLIC EMPLOYER RIGHTS ........................................................ 2
ARTICLE IV. EMPLOYEE AND UNION RIGHTS ................................................ 2
ARTICLE V. GRIEVANCE PROCEDURE .............................................................. 7
ARTICLE VI. HOURS OF WORK ...................................................................... 11
ARTICLE VII. WAGES ..................................................................................... 14
ARTICLE VIII. OVERTIME ............................................................................... 15
ARTICLE IX. SUPPLEMENTAL PAY ................................................................ 19
ARTICLE X. SHIFT AND WEEKEND DIFFERENTIALS ...................................... 20
ARTICLE XI. BENEFITS ................................................................................... 21
ARTICLE XII. VACATION LEAVE ..................................................................... 24
ARTICLE XIII. HOLIDAYS ............................................................................... 27
ARTICLE XIV. SICK LEAVE ............................................................................. 30
ARTICLE XV. LEAVES OF ABSENCE ............................................................... 32
ARTICLE XVI. APPOINTMENTS AND SENIORITY .......................................... 34
ARTICLE XVII. LAYOFF PROCEDURES ........................................................... 35
ARTICLE XVIII. TRANSFER PROCEDURES ...................................................... 39
ARTICLE XIX. HEALTH AND SAFETY .............................................................. 42
ARTICLE XX. LABOR-MANAGEMENT ............................................................ 43
ARTICLE XXI. EVALUATION PROCEDURES .................................................... 44
ARTICLE XXII. INSERVICE TRAINING ............................................................ 45
ARTICLE XXIII. WEEKEND OPTION ............................................................... 45
ARTICLE XXIV. MISCELLANEOUS .................................................................. 49
ARTICLE XXV. DURATION.............................................................................. 52
APPENDIX A. Classifications Included within the Tertiary Health Care Bargaining Unit: .......... 54
APPENDIX B. 2015 - 2016............................................................................... 58
APPENDIX C. 2016 - 2017............................................................................... 62
APPENDIX D. .................................................................................................. 66
APPENDIX E. ................................................................................................... 68
APPENDIX F. MEMORANDUM OF UNDERSTANDING ................................... 69

staff are required beyond those already assigned to an extension of shift in the OR or the Ambulatory Surgical Center, staff who volunteer or are assigned to meet the additional staffing need will be paid double time.

### Section 6.  Travel Between Work Sites

Staff who are required by the Employer to travel between work sites will be considered to be on work status while traveling between the work sites.

# ARTICLE VII.
# WAGES

### Section 1.  Pay Plans

Minimum and maximum pay ranges for classifications identified in Appendix A are provided in Appendix B for the 2015-2016 contract year and in Appendix C for the 2016-2017 contract year.

### Section 2.  New Employees

New employees will be hired within the salary ranges by classification as provided in Appendix B for the 2015-2016 contract year and Appendix C for the 2016-2017 contract year.  Employer may hire new employees above the minimum for the applicable salary grade.

### Section 3. 2015-2016 Minimum Salaries

Minimum salaries for each classification in the bargaining unit will go up by zero percent (0%) on July 1, 2015.

### Section 4. 2016-2017 Minimum Salaries

Minimum salaries for each classification in the bargaining unit will go up by zero percent (0%) on July 1, 2016.

### Section 5. 2015-2016 Salaries (Returning Employees)

Effective with the 2015-2016 appointment year (July 1, 2015), each returning bargaining unit employee who was employed on April 30, 2015 as a bargaining unit employee shall receive, in addition to existing base salary, a two and three-quarters percent (2.75%) increase to be added to the employee's base salary for the appointment year 2015-2016.

### Section 6.  2016-2017 Salaries (Returning Employees)

Effective with the 2016-2017 appointment year (July 1, 2016), each returning bargaining unit employee who was employed on April 30, 2016, as a bargaining unit employee shall receive, in addition to existing base salary, a two and three-quarters percent (2.75%) increase to be added to the employee's base salary for the appointment year 2016-2017.

### Section 7.  Part-time Employees

Part-time employees, who are members of the bargaining unit, shall receive proportionate increases for each contract year as provided in Sections 3 and 4 for full-time employees.

### Section 8.  Range Limitation

The implementation of salary increases as provided in Sections 3, 4, and 5 hereof shall not exceed the top of the salary ranges for each year as provided in Appendices B and C.  With notice to the Union, the Employer may extend the established range for a specific classification as necessary to address critical needs.  If an employee's salary would exceed the top of the range, the employee's base salary shall be set at the top of the range, and any increase exceeding the top of the salary range shall be paid to the employee as a one-time lump sum and not added to the employee's base salary. Any such lump-sum payment shall be due and payable to the employee on December 1st of each contract year covered by this agreement.

### Section 9.  Employer Discretion

Nothing herein shall preclude the Employer from granting salary increases related to performance, equity payments, or market conditions above the requirements of this Article.

# ARTICLE VIII.
## OVERTIME

### Section 1.  Eligibility and Definition

### Subd. 1.

Bargaining unit classifications are designated by the Employer as exempt or non-exempt in accord with the Fair Labor Standards Act (FLSA).  Those designated as non-exempt are eligible for overtime consistent with the Act.  In the administration of this contract, all overtime worked by those exempt and non-exempt are governed by the terms of this Overtime Article, as well as the provisions of this Agreement as a whole.

### Subd. 2.

Extra time is defined as time worked at the direction of the Employer in excess of the employee's regular assigned shift.  Employees who work beyond the scheduled hours at their own discretion to meet personal position objectives or to advance their own career objectives shall not qualify for compensation under this Article. Employees may not work additional hours without the approval of the Employer.

15

# APPENDIX A.
## Classifications Included within the Tertiary Health Care Bargaining Unit:

| Title | Class Code |
|---|---|
| Activity Therapist * | PD40 |
| Advanced Electroneurodiagnostic/ Intraoperative Monitoring Technologist Specialist | PD50 |
| Advanced Registered Nurse Practitioner (Patient Care) | PT35 |
| Andrology Technologist | PT45 |
| Audiologist I | PD69 |
| Audiologist II | PD68 |
| Cardiac Rehabilitation Specialist I | PD74 |
| Cardiac Rehabilitation Specialist II | PD76 |
| Cardiovascular Perfusionist | PK83 |
| Clinical Laboratory Technologist I | PK19 |
| Clinical Pharmacist (Patient Care) | PK45 |
| Clinical Psychologist | PD04 |
| Clinical Service Specialist | PD13 |
| Clinical Specialist – Rehabilitation Therapies | PD38 |
| Counselor - Substance Abuse * | PD41 |
| Critical Care/Neonatal ARNP | PT48 |
| Cytogenetics Laboratory Specialist I | PT39 |
| Cytogenetics Laboratory Specialist II | PT40 |
| Cytotechnologist | PK51 |
| Dental Hygienist | PD45 |

54

| | |
|---|---|
| Dietitian I | PD60 |
| Dietitian II | PD59 |
| Dosimetrist I | PD72 |
| Dosimetrist II | PK21 |
| Echographic Diagnostic Assistant | PD42 |
| Education Consultant | PS22 |
| Educator | PD47 |
| Electroneurodiagnostic Technologist* | PT47 |
| Embryologist | PT20 |
| Hospital Mortician * | PK36 |
| Imaging Technologist * | PT44 |
| Medical  Laboratory Scientist | PT28 |
| Medical Laboratory Technician | PT27 |
| Neonatal Nurse Practitioner | PD70 |
| Nuclear Medicine Technologist * | PK20 |
| Nuclear Medicine Technologist (PET)* | PT01 |
| Nurse Clinician | PD14 |
| Occupational Therapist | PD31 |
| Ophthalmic Photographer I | PT37 |
| Ophthalmic Photographer II | PT38 |
| Ophthalmic Professional I | PK81 |
| Ophthalmic Professional II | PK80 |
| Optician I | PD19 |
| Optician II | PD11 |

55

| | |
|---|---|
| Optometrist I | PK98 |
| Optometrist II | PK53 |
| Physical Therapist | PD35 |
| Physician Assistant | PD03 |
| Psychometrist | PD44 |
| Radiation Therapist * | PT26 |
| Rehabilitation Assistant | PD88 |
| Respiratory Therapist * | PK71 |
| Senior Activity Therapist | PD75 |
| Senior Imaging Technologist * | PT16 |
| Senior Nuclear Medicine Technologist * | PT05 |
| Senior Nuclear Medicine Technologist (PET)* | PT08 |
| Senior Occupational Therapist | PD30 |
| Senior Physical Therapist | PD34 |
| Senior Psychometrist | PD43 |
| Senior Radiation Therapist * | PT04 |
| Senior Respiratory Therapist | PK70 |
| Social Work Specialist I | PD25 |
| Social Work Specialist II (Patient Care) | PD39 |
| Social Worker I | PD28 |
| Social Worker II | PD27 |
| Social Worker III | PD26 |
| Sonographer * | PK77 |
| Speech Pathologist I | PD66 |

| Speech Pathologist II | PD65 |
|---|---|
| Staff Nurse | PD20 |
| Utilization Review Assistant | PK61 |

* Denotes non-exempt under Fair Labor Standard Act

# EXHIBIT 4

# 00024F1

2007 - 2009
COLLECTIVE
BARGAINING
AGREEMENT

BETWEEN
THE STATE OF IOWA
AND
THE AMERICAN FEDERATION OF STATE,
COUNTY, AND MUNICIPAL
EMPLOYEES, COUNCIL 61 AFL-CIO





MASTER CONTRACT
for the following bargaining units
BLUE COLLAR
CLERICAL
COMMUNITY CORRECTIONS
FISCAL & STAFF
PATIENT CARE
SECURITY
TECHNICAL

Effective: July 1, 2007 through June 30, 2009



# CONTENTS

| ARTICLE | PAGE |
|---|---|
| I Agreement | 1 |
| II Recognition and Union Security | 1 |
| III Management Rights | 13 |
| IV Grievance Procedure | 14 |
| V Seniority | 26 |
| VI Layoff Procedure | 29 |
| VII Transfers | 36 |
| VIII Hours of Work | 43 |
| IX Wages and Fringe Benefits | 52 |
| X Leaves of Absence | 78 |
| XI Miscellaneous | 85 |
| XII Health and Safety | 93 |
| XIII This article reserved for future use | 100 |
| XIV General | 100 |
| Termination of Agreement | 103 |

## APPENDIX

| A Pay Grades and Classifications | 104 |
|---|---|
| B Organizational and Employing Units | 131 |
| B-2 Community Corrections Class Series | 132 |
| C Enrollment Periods, Other Enrollment Changes and Movement Among Plans | 134 |
| C-1 Health Benefits Review Committee | 140 |
| D Dental Benefit Coverage | 141 |
| E Relocation Reimbursement | 142 |
| F Airport Firefighters | 164 |
| G Reserved | 165 |

H   Corrections ...................................................... 165

 I   Transportation .............................................. 167

 J   Human Services ............................................ 174

K   Attendance Policy.......................................... 178

L   General Services ............................................ 178

M   Regents ........................................................... 180

N   Grievance Resolution Improvement Process
    (GRIP) .............................................................. 189

O   Security Unit ................................................... 196

P   Natural Resources .......................................... 197

Q   Fiscal & Staff Unit.......................................... 197

R   Clerical Unit .................................................... 200

S   Community Corrections Unit......................... 201

T   Workforce Development.................................. 215

U   Memoranda of Understanding........................ 219

V   Veterans' Affairs Veterans' Home Division..226

W   Patient Care Unit ............................................. 228


    General Government Pay Plans...................... 232


    Regent's Pay Plans............................................ 240

    Bargaining Teams............................................. 242


    Index................................................................ 244

in the affected classification on the affected shift. Any employee reassigned under this Section will have immediate transfer rights.

## ARTICLE VIII
## HOURS OF WORK

### Section 1 Work Schedules

(This Section shall not apply to employees in the Fiscal and Staff bargaining unit.)

A. Work schedules are defined as an employee's assigned hours, days of the week, days off and shift rotations. Nothing herein shall be construed as a guarantee of the number of hours of work per day or per work week.

B. The Employer shall provide fourteen (14) calendar days written notice to the Union and the affected employees prior to making permanent changes in work schedules. However, employees who work in research laboratories in academic departments of the BOR institutions may have their schedules changed to meet research needs without incurring any overtime obligation until the employee has worked forty (40) hours in a week. Temporary work schedule changes shall not be made for the purpose of avoiding overtime except by voluntary agreement by the employee.

C. Any permanent schedule change made by the Employer that is grieved will not be implemented until Step 3 of the grievance procedure is exhausted. Such grievances shall begin with Step 3 of the grievance procedure.

D. Where practical and feasible as reasonably determined by Management, the employee may elect flexible hours of work including:

a. Variable starting and ending times;

b. Compressed work week such as:

4-ten hour days, or

4-nine hour days and one (1) four hour day;

c. Other mutually agreeable flexible hour concepts, which may include weekend work only. When a request for flextime is denied the written rationale will be provided to the employee within five (5) working days after the date Management receives the request. The term "Management Rights" will not be used as sole justification for denial of flextime.

(Department of Transportation see Appendix I-1, I-2; Fiscal and Staff field staff bargaining unit see Appendix Q-1; Non-field staff schedules for the Fiscal and Staff bargaining unit see Appendix Q-2; Weekend work see Appendix U)


## Section 2 Overtime

(This section shall not apply to employees in the Fiscal and Staff bargaining unit.)

A. Definitions

1. Overtime:

Time that an employee works in excess of forty (40) hours per work period.

(Airport Firefighters see Appendix F-1; Patient Care see Appendix W-2b)

2. Work Period:

A regularly recurring period of one hundred sixty-

eight (168) hours in the form of seven (7) consecutive
twenty-four (24) hour periods. (Patient Care see
Appendix W)

3. Work Time:

The following items will be regarded as hours worked
for the purpose of computing overtime pay:

a. Hours worked excluding standby time.

b. Rest periods.

c. Holidays when paid in cash in the week of
occurrence.

d. Annual leave.

e. Compensatory leave.

f. Unscheduled holidays.

g. Sick leave when used before forty (40) hours
in pay status are accumulated or if prescheduled at
least sixteen (16) hours in advance. (Patient Care see
Appendix W)

h. Court appearances as defined in Article X, Section
4.

i. Department approved Workforce Development
training and conferences.

j. Voting leave as defined in Article X, Section 4.

k. Jury duty leave as defined in Article X, Section 4.

l. Travel between job sites during or after the regular
work day.

m. Meal periods of less than thirty (30) minutes where
an employee is not relieved of his/her post, station or
duty.

n. Wash-up time taken in accordance with Section 5
of this Article.

(Department of Transportation see Appendix I-3)

45

## B. Overtime Compensation

Overtime shall be compensated at a premium rate of time and one-half (1-1/2) the employee's base hourly pay or actual overtime hours worked, whichever is applicable. Payment shall be made in either cash or compensatory time as follows:

1. The decision to pay overtime in cash or compensatory time rests with the employee; however, the Employer reserves the right to require employees to take cash payment rather than earned compensatory time.

2. Compensatory time can only be accumulated to one hundred twenty (120) hours. Any hours over one hundred twenty (120) will be paid out in cash. (Department of Administrative Services-General Services Enterprise see Appendix L; Department of Transportation see Appendix I-10)

3. A request can be made by the employee for a payout in cash of any accumulated compensatory time. There must be at least a two (2) week notice to the personnel office. The money will be included in the pay check for the pay period during which the request is made.

4. Compensatory time may not be carried over into a new State fiscal year; however, the Employer may designate other than the State's fiscal year for purposes of utilization of compensatory time. For those work units where other than the State's fiscal year is utilized, the Employer will so notify the Union. Compensatory time due an employee at the end of the State's fiscal year, or other designated year where applicable, shall

be paid out in cash. The year for the purposes of utilization of compensatory time shall end on the 30th day of September for all Department of Public Defense employees.

5. Compensatory time off shall be granted at the request of the employee with the approval of the Appointing Authority or his/her designee. Compensatory time off shall be granted at the convenience of the employee, whenever possible, consistent with the staffing needs of the agency. (Department of Corrections see Appendix H-1; Patient Care Unit see Appendix W-2)

C. Scheduling of Overtime

1. The Employer will, as far as practicable, distribute overtime on an equal basis by seniority among those included employees in that classification assigned to the work unit who normally perform the work involved.

2. Overtime opportunities shall be accumulated. Offered overtime not worked shall be considered time worked for purposes of overtime distribution.

3. Upon request, the Union may review overtime equalization records.

(Department of Transportation see Appendix I-4)

D. Pyramiding Prohibited

Payment of overtime at a premium rate shall not be compounded or paid in addition to any other premium rate paid for work incurred during the same work period. There shall be no duplication or pyramiding of any premium pay provided for under the provisions of this Agreement for the same hours worked. Holidays which fall on an employee's regularly scheduled work

day will be counted for the purpose of computing overtime eligibility. Holidays which fall on an employee's regularly scheduled day off will be paid at the employee's regular straight time rate and shall not be counted for the purpose of computing overtime eligibility.

E. Employees Returning From Leaves of Absence
New employees or employees returning from a leave of absence shall be credited with the average number of overtime hours worked by employees within the work unit.

### Section 3 Meal Periods

A. All employees shall be granted an unpaid meal period of at least thirty (30) minutes in duration or, at the Employer's discretion, a paid meal period in those situations where qualified relief is not available. Where practicable, the Employer will attempt to schedule the meal period at approximately the middle of each shift.

B. During overtime work hours, the Employer shall schedule such additional unpaid meal periods as are reasonable.
(Security Unit see Appendix O-1; Clerical Unit see Appendix R-1; Fiscal and Staff Unit see Appendix Q - 3)

### Section 4 Rest Periods

A. All employees shall be granted a fifteen (15) minute rest period during each one-half (1/2) shift provided qualified relief is available. The rest period shall be scheduled at approximately the middle of each one-half (1/2) shift.

# EXHIBIT 5



EMPLOYEE MANUAL

FOR

STAFF NURSES

&

ALLIED HEALTH PROFESSIONALS

*Effective July 1, 2017*

DIVISION 1. Disclaimer ................................................................................................. 1

DIVISION 2. Employment and Working Conditions ...................................................... 2

Part 2.1. Hours of work ............................................................................................... 2

Part 2.2. Appointments ............................................................................................... 4

Part 2.3. Seniority ....................................................................................................... 4

Part 2.4. Layoff Procedures ....................................................................................... 5

Part 2.5. Transfer Procedures ..................................................................................... 7

Part 2.6. Health and Safety ........................................................................................ 9

Part 2.7. Inservice Training ...................................................................................... 10

DIVISION 3. Base Pay ................................................................................................ 10

Part 3.1. Pay Plans ................................................................................................... 10

Part 3.2. New Employees ......................................................................................... 10

Part 3.3. 2017-2018 Minimum Salaries ................................................................... 10

Part 3.4. 2018-2019 Minimum Salaries ................................................................... 10

Part 3.5. 2017-2018 Salaries (Returning Employees) .............................................. 11

Part 3.6. 2018-2019 Salaries (Returning Employees) .............................................. 11

Part 3.7. Part-time Employees .................................................................................. 11

Part 3.8. Range Limitation ....................................................................................... 11

Part 3.9. Employer Discretion .................................................................................. 11

DIVISION 4. Supplemental Pay .................................................................................. 11

Part 4.1. Inpatient Nursing Differential ................................................................... 11

Part 4.2. Overtime and Extra Time .......................................................................... 12

Part 4.3. Standby/On-call and Callback ................................................................... 14

Part 4.4. Telephone Consultation ............................................................................. 15

Part 4.5. Charge Assignment .................................................................................... 15

Part 4.6. Preceptor Assignment ............................................................................... 15

Part 4.7. Shift and Weekend Differentials ............................................................... 16

Part 4.8. Weekend Option ........................................................................................ 16

Part 4.9. Inpatient Clinical Resource Units .............................................................. 19

Part 4.10. Float Pay .................................................................................................. 20

Part 4.11. Certification Recognition ......................................................................... 20

Part 4.12. Flexible Pay ............................................................................................. 21

DIVISION 5. Benefits ................................................................................................. 21

Part 5.1. Benefits.............................................................................................. 21

Part 5.2. Sick Leave ........................................................................................ 23

Part 5.3. Vacation Leave.................................................................................. 25

Part 5.4. Leaves of Absence............................................................................. 27

Part 5.5. Holidays............................................................................................ 29

DIVISION 6. Performance ................................................................................. 31

Part 6.1. Evaluation Procedures....................................................................... 31

Part 6.2. Discipline and Discharge................................................................... 31

Part 6.3. Grievance Procedure ......................................................................... 32

DIVISION 7. Miscellaneous............................................................................... 34

Part 7.1. Nurse Staff Advisory Council ........................................................... 34

Part 7.2. Labor Management............................................................................ 35

Part 7.3. Travel and Lodging ........................................................................... 35

Part 7.4. Access to Personnel Files .................................................................. 35

Part 7.5. Damage to Personal Items ................................................................. 36

Part 7.6. Tuition Reimbursement Programs ..................................................... 36

Part 7.7. Professional License or Certification Fees ......................................... 36

Part 7.8. Continuing Education ........................................................................ 36

Part 7.9. Human Rights.................................................................................... 36

APPENDIX A.    CLASSIFICATIONS & FLSA STATUS...................................... 37

APPENDIX B.    2017-2018 PAY SCALES ............................................................ 40

APPENDIX C.    2018-2019 PAY SCALES ............................................................ 43

### Part 4.2. Overtime and Extra Time

#### Section 4.2.1. Eligibility and Definition

##### Subsection 4.2.1.1.

Bargaining unit classifications are designated by the Employer as exempt or non-exempt in accord with the Fair Labor Standards Act (FLSA). Those designated as non-exempt are eligible for overtime consistent with the Act. Only hours worked are used for the calculation of overtime or extra time.

##### Subsection 4.2.1.2.

Extra time is defined as time worked by exempt employees at the direction of the Employer, including attendance at education programs or meetings which are required by the Employer, in excess of the employee's regular assigned shift. Exempt employees who work beyond the scheduled hours at their own discretion to meet personal position objectives or to advance their own career objectives shall not qualify for compensation under this Part. Employees may not work additional hours without the approval of the Employer.

#### Section 4.2.2. Assignment

##### Subsection 4.2.2.1.

Scheduled extra time, which can be planned during the scheduling process, will be offered to all bargaining unit employees in the clinical unit through a posting or e-mail process.

##### Subsection 4.2.2.2.

Extra time requirements which are not met through the scheduling process but which can be anticipated at least twenty-four (24) hours in advance will first be offered to all employees on the voluntary extra time list maintained in each clinical unit and if not met through that process, will be assigned based upon a rotating list of all clinical unit employees in reverse order of either clinical unit or institutional seniority (at the discretion of the Employer). Staff members who have accepted any extra time assignment will move to the bottom of the mandatory extra time list.

##### Subsection 4.2.2.3.

Extra time which cannot be anticipated twenty-four (24) hours in advance will first be offered to those employees who are working at that time and if unmet by a volunteer, will be assigned to the person working who is next in line on the mandatory extra time list. Staff who work an extra time shift will move to the bottom of the mandatory extra time list. Every effort will be made to limit involuntary extra time assignment to not more than eight (8) hours in a six (6) week cycle whenever possible.

##### Subsection 4.2.2.4.

When making mandatory assignments, the individual circumstances of the affected employees, such as sequence and length of shifts already worked and time between shifts and number of call-back hours worked, will be considered. Except in cases of emergency, no employee will be required to work more than twelve (12) consecutive hours.

UI Health Care Employee Manual for Staff Nurses & Allied Health Professionals

### Section 4.2.3. Notice

Notice to employees of an extra time assignment should be given as far in advance as is reasonably practicable depending on the circumstances.

### Section 4.2.4. Compensation

#### Subsection 4.2.4.1.

For part- and full-time non-exempt staff, payment for overtime beyond forty (40) hours in a week will be at 1.5 times the defined hourly rate for the employee or compensatory time equal to 1.5 times the hours worked, at the choice of the Employer. The Employer will give consideration to the preferences of the employee in making its determination of the form of compensation.

#### Subsection 4.2.4.2.

For full-time exempt staff, payment for extra time in excess of two hundred forty (240) hours in a six (6) week cycle will be at 1.5 times the defined hourly rate for the employee or compensatory time equal to the time worked, at the choice of the Employer. The Employer will give consideration to the preferences of the employee in making its determination of the form of compensation.

#### Subsection 4.2.4.3.

For part-time exempt staff, payment for extra time will be at the employee's regular hourly rate of pay, unless the part-time employee has worked more than two hundred forty (240) hours in a six (6) week cycle, or may accrue compensatory time equal to the time worked, at the choice of the Employer. The Employer will give consideration to the preferences of the employee in making its determination of the form of compensation. Hours in excess of two hundred forty (240) hours in a six (6) week cycle shall be compensated in the manner described in Subsection 4.2.4.2 above.

#### Subsection 4.2.4.4.

Accrued compensatory time shall be used at the request of the employee, subject to the approval of the supervisor. Compensatory time accrued but not used will be posted for payment four months after the month in which it was earned. Compensatory time earned at the regular rate of pay will be paid at the premium rate, as outlined in Subsection 4.2.4.1 and Subsection 4.2.4.3. Upon transfer to another department or separation from employment, employees shall be paid for any unused earned compensatory time.

#### Subsection 4.2.4.5.

The Employer may exceed the compensation rates provided in this Part in order to meet critical staffing needs within a clinical unit.

#### Subsection 4.2.4.6.

Employees in the Main OR, Main PACU, Children's Hospital Main OR, Children's Hospital Main PACU, and Ambulatory Surgical Center who work more than twelve (12) consecutive hours in providing direct patient care to his/her assigned patient(s) or in other patient care related assignments as directed by the manager/designee or charge nurse shall be paid at the rate of double the defined hourly rate for all hours worked beyond their scheduled hours.

UI Health Care Employee Manual for Staff Nurses & Allied Health Professionals

# APPENDIX A.    CLASSIFICATIONS & FLSA STATUS

*Denotes non-exempt under Fair Labor Standard Act

| Title | Class Code |
|-------|------------|
| Activity Therapist* | PD40 |
| Advanced Electroneurodiagnostic/Intraoperative Monitoring Technologist Specialist | PD50 |
| Advanced Registered Nurse Practitioner (Patient Care) | PT35 |
| Andrology Technologist | PT45 |
| Audiologist I | PD69 |
| Audiologist II | PD68 |
| Cardiac Rehabilitation Specialist I | PD74 |
| Cardiac Rehabilitation Specialist II | PD76 |
| Cardiovascular Perfusionist | PK83 |
| Clinical Laboratory Technologist I | PK19 |
| Clinical Pharmacist (Patient Care) | PK45 |
| Clinical Psychologist | PD04 |
| Clinical Service Specialist | PD13 |
| Clinical Specialist - Rehabilitation Therapies | PD38 |
| Counselor - Substance Abuse* | PD41 |
| Critical Care/Neonatal ARNP | PT48 |
| Cytogenetics Laboratory Specialist I | PT39 |
| Cytogenetics Laboratory Specialist II | PT40 |
| Cytotechnologist | PK51 |
| Dental Hygienist | PD45 |
| Dietitian I | PD60 |
| Dietitian II | PD59 |
| Dosimetrist I | PD72 |
| Dosimetrist II | PK21 |
| Echographic Diagnostic Assistant | PD42 |
| Education Consultant | PS22 |

July 1, 2017

| | |
|---|---|
| Educator | PD47 |
| Electroneurodiagnostic Technologist* | PT47 |
| Embryologist | PT20 |
| Hospital Mortician* | PK36 |
| Imaging Technologist* | PT44 |
| Medical Laboratory Scientist | PT28 |
| Medical Laboratory Technician | PT27 |
| Neonatal Nurse Practitioner | PD70 |
| Nuclear Medicine Technologist* | PK20 |
| Nuclear Medicine Technologist (PET)* | PT01 |
| Nurse Clinician | PD14 |
| Occupational Therapist | PD31 |
| Ophthalmic Photographer I | PT37 |
| Ophthalmic Photographer II | PT38 |
| Ophthalmic Professional I | PK81 |
| Ophthalmic Professional II | PK80 |
| Optician I | PD19 |
| Optician II | PD11 |
| Optometrist I | PK98 |
| Optometrist II | PK53 |
| Physical Therapist | PD35 |
| Physician's Assistant | PD03 |
| Polysomnographic Technologist* | PT51 |
| Psychometrist | PD44 |
| Radiation Therapist* | PT26 |
| Rehabilitation Assistant | PD88 |
| Respiratory Therapist* | PK71 |
| Senior Activity Therapist | PD75 |
| Senior Imaging Technologist* | PT16 |

UI Health Care Employee Manual for Staff Nurses & Allied Health Professionals

| | |
|---|---|
| Senior Nuclear Medicine Technologist* | PT05 |
| Senior Nuclear Medicine Technologist (PET)* | PT08 |
| Senior Occupational Therapist | PD30 |
| Senior Physical Therapist | PD34 |
| Senior Psychometrist | PD43 |
| Senior Radiation Therapist* | PT04 |
| Senior Respiratory Therapist | PK70 |
| Social Work Specialist I | PD25 |
| Social Work Specialist II (Patient Care) | PD39 |
| Social Worker I | PD28 |
| Social Worker II | PD27 |
| Social Worker III | PD26 |
| Sonographer* | PK77 |
| Speech Pathologist I | PD66 |
| Speech Pathologist II | PD65 |
| Staff Nurse | PD20 |
| Utilization Review Assistant | PK61 |

July 1, 2017

# EXHIBIT 6

THE UNIVERSITY OF IOWA

In this section

FLSA Facts at a Glance

FLSA Decision Tree

Non-Exempt P&S Classifications

FLSA Duties Test

Hours Worked Under FLSA

Multiple Appointments

Contact Information

Compensation and Classification

**Email**
comp-class@uiowa.edu
**Phone**
319-335-5298
**Fax**
319-353-2384
**Campus Address**
121-11 USB
**Mailing Address**
121 University Services Building, Suite 11
Iowa City, IA 52242-1911
United States

University Human Resources / Pay / Compensation and Classification / FLSA REGULATIONS

# Fair Labor Standards Act Regulations

Employees working in excess of 40 hours per week are required to be paid overtime premium pay, unless they qualify for exemption from the FLSA requirement.  Such employees must satisfy a "duties" test based upon job responsibilities, as well as be paid $684/week or $35,568/year or more. For staff with multiple appointments, please click here for additional information.

To check your status (whether you are exempt or nonexempt) under FLSA, go to your ePersonnel file by logging into Employee Self Service.  FLSA status is a field under the Appointment and Salary section.

For information concerning the time reporting requirements, please click on the applicable link below:

- Employee - Online Time Reporting Guide (pdf)
- Supervisor - Online Time Reporting Guide (pdf)

**Read More:**

University Operations Manual

- Part III, 17.2 Hours, Overtime, Call Back and Standby (On Call) Status (see b(2))

**Questions?**

You may contact your Unit HR Representative or Senior HR Leader as listed in Self Service, or email comp-class@uiowa.edu.

Administrative Services

UHR Unit and Staff Contacts

Campus HR Community

HR 2020

Supervisor Training@Iowa

Current Biweekly Payroll Schedule

P&S Classifications by Pay Level

University Services Building (USB)
1 W. Prentiss Street
Iowa City, Iowa 52240

Benefits: 319-335-2676
Payroll: 319-335-2381
Administrative Services: 319-335-3558

Accessibility notice and website disclaimers

HawkID Login

# EXHIBIT 7

THE UNIVERSITY OF IOWA

In this section

Recertification Elections

Graduate Teaching and Research Assistants (CDGS)

Staff Nurses and Allied Health Professionals (SEIU)

Weingarten Rights for Employees

Frequently Asked Questions

Related Content

Employee and Labor Relations

Regent Merit System Staff (AFSCME)

Contact Information

Employee and Labor Relations
**Email**
elr-help@uiowa.edu
**Phone**
319-335-3558
TTY 319-335-3495
**Fax**
319-353-2384
**Campus Address**
121-20 USB
**Mailing Address**
121 University Services Building, Suite 20
Iowa City, IA 52242-1911
United States

University Human Resources / Support / LABOR/UNION RELATIONS

# Labor/Union Relations

This website provides information about University of Iowa policies that establish the employment practices for union-represented staff.

Iowa's law covering collective bargaining for public employees changed in February 2017. Under the new law, unions negotiate wages for the employee groups they represent; other topics previously addressed during contract negotiations are covered by Regent and university policies.

University employee groups represented by unions include:

| Employee group: | Represented in collective bargaining over wages by: |
|---|---|
| Regent Merit System staff, including blue collar, technical, security, and clerical staff as listed at Merit Job Classifications | AFSCME Council 61 |
| Staff nurses and other allied health professionals as listed at SEIU Job Classifications | SEIU Local 199 |
| Graduate teaching and research assistants | UE Local 896/COGS |

Employee groups represented by unions

**This site provides specific information about each employee group.** It also provides an overview of changes to collective bargaining law enacted in 2017, information on Weingarten Rights, frequently asked questions, and information about resources. University Human Resources will update this site as new information becomes available.

Last updated: June 21, 2017

## Frequently Asked Questions

| | |
|---|---|
| What are the prohibited topics of bargaining and what does that mean for my job? | + |
| What are the permissive topics of bargaining and what does that mean for my job? | + |
| How will policy decisions be made on prohibited or permissive topics that will no longer be addressed in a contract? | + |
| What is going to happen to my insurance? | + |
| Do the changes mean I can be fired without notice or grievance? | + |
| What does it mean that the union has to recertify? | + |
| I've heard there will be changes in paying union dues. | + |
| What are the prohibited topics of bargaining and what does that mean for my job? | + |
| What are the permissive topics of bargaining and what does that mean for my job? | + |
| How will policy decisions be made on prohibited or permissive topics that will no longer be addressed in a contract? | + |
| What is going to happen to my insurance? | + |
| Do the changes mean I can be fired without notice or grievance? | + |
| What does it mean that the union has to recertify? | + |