UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| MELINDA MYERS, et al., | ) | CASE NO. 3:19-cv-00081 |
| | ) | |
| | ) | JOINT MOTION TO STAY |
| Plaintiffs, | ) | PROCEEDINGS |
| | ) | |
| vs. | ) | |
| | ) | |
| IOWA BOARD OF REGENTS, | ) | |
| | ) | |
| Defendant. | ) | |

The parties, pursuant to Local Rule 7(j), jointly make a motion that the Court stay proceedings on this matter and in support of the Motion state:

1. On April 20, 2022, the Court approved a two-week extension of a deadline for Plaintiffs to respond to a Motion by Defendant.

2. On May 6, 2022, the Court approved an additional two-week extension of a deadline for Plaintiffs to respond to a Motion by Defendant.

3. In the meantime, the parties have agreed to mediate all claims on August 15, selected a mediator, agreed in principle to share classwide wage data subject to the entry of an anticipated protective order, and agreed time will be needed to assess damages prior to mediation.

4. The parties are requesting a stay on all proceedings in this matter until August 20, 2022 in order to allow the parties to explore the potential for resolution.

5. There are no other applicable court-imposed deadlines. A final pretrial conference and trial have not yet been scheduled.

The parties, therefore, jointly and respectfully request a stay on all proceedings in this matter be issued through August 20, 2022.

/s/ Nathan Willems
Nathan Willems, AT0009260
RUSH & NICHOLSON, P.L.C.
115 First Avenue SE, Suite 201
P. O. Box 637
Cedar Rapids, IA  52406-0637
Telephone (319) 363-5209
Facsimile (319) 363-6664
nate@rushnicholson.com

Harold Lichten
Benjamin J. Weber
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801
hlichten@llrlaw.com, bjweber@llrlaw.com
ATTORNEYS FOR PLAINTIFFS

/s/ Andrew T. Tice
Andrew Tice (AT0007968)
Jason M. Craig (AT0001707)
Lindsay A. Vaught (AT0010517)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309
Telephone: (515) 243-7611
Facsimile: (515) 243-2149
atice@ahlerslaw.com
craig@ahlerslaw.com
lvaught@ahlerslaw.com
ATTORNEYS FOR DEFENDANT
IOWA BOARD OF REGENTS