**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| MELINDA MYERS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) No. 3:19-cv-00081-SMR-SBJ |
| | ) |
| IOWA BOARD OF REGENTS, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFFS' ASSENTED-TO MOTION FOR PRELIMINARY SETTLEMENT APPROVAL

Plaintiffs hereby move for preliminary settlement approval pursuant to Fed. R. Civ. P. 23 and the Fair Labor Standards Act. For the reasons stated in Plaintiffs' brief, this Court should grant preliminary approval of the settlement and authorize Plaintiffs' counsel to distribute notice of settlement and claims process as described in the attached brief.

Dated: October 14, 2022

Respectfully submitted,

MELINDA MYERS, et al. individually and on behalf of all persons similarly situated,

By their attorneys,

*/s/Harold Lichten*
Harold Lichten
Benjamin J. Weber
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801
hlichten@llrlaw.com
bjweber@llrlaw.com

Nate Willems
RUSH & NICHOLSON, P.L.C.
P.O. Box 637
Cedar Rapids, IA 52406
319-363-5209
Fax: 319-363-6664
nate@rushnicholson.com

*Attorneys for Plaintiff
and the Class*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies Plaintiffs conferred with counsel for Defendant regarding Plaintiffs' motion for preliminary settlement approval and that Defendant's counsel has assented to the motion.

    */s/Harold Lichten*
    Harold Lichten

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of record through the Court's ECF system this 14th day of October, 2021.

    */s/Harold Lichten*
    Harold Lichten