**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| MELINDA MYERS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) No. 3:19-cv-00081-SMR-SBJ |
| | ) |
| IOWA BOARD OF REGENTS, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFFS' MOTION FOR FINAL SETTLEMENT APPROVAL

Plaintiffs hereby move for final settlement approval pursuant to Fed. R. Civ. P. 23 and the Fair Labor Standards Act. For the reasons stated in Plaintiffs' brief, this Court should grant final approval of the settlement and authorize Plaintiffs' counsel to distribute the settlement funds as described in the attached brief.

Class Counsel delivered their brief to counsel for the Defendant Iowa Board of Regents on August 21, 2023. Defendant's counsel indicated they may assent to this motion, but would need until August 23 or August 24 to allow for sufficient review of the motion papers. Accordingly, Plaintiffs anticipate that Defendant may notify this Court of its assent to the motion prior the final approval hearing set for August 25, 2023.

| | |
|---|---|
| Dated: August 22, 2023 | Respectfully submitted, |
| | |
| | MELINDA MYERS, et al. individually and on behalf of all persons similarly situated, |
| | |
| | By their attorneys, |
| | |
| | */s/Harold Lichten* |

Harold Lichten
Benjamin J. Weber
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801
hlichten@llrlaw.com
bjweber@llrlaw.com

Nate Willems
RUSH & NICHOLSON, P.L.C.
P.O. Box 637
Cedar Rapids, IA 52406
319-363-5209
Fax: 319-363-6664
nate@rushnicholson.com

*Attorneys for Plaintiff
and the Class*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies Plaintiffs conferred with counsel for Defendant regarding Plaintiffs' motion for final settlement approval and that Defendant's counsel will decide whether to assent to this motion prior to August 25, 2023.

*/s/Harold Lichten*
Harold Lichten

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of record through the Court's ECF system this 22nd day of August, 2023.

*/s/Harold Lichten*
Harold Lichten